UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MEYERS,

       Plaintiff,

v.

CITY OF WARREN OFFICER NEIDERMEIER,
et al,

       Defendants.

_____/

Civil No. 10-11419

Hon. Avern Cohn

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendants' motion for summary judgment is GRANTED and the case is DISMISSED.

DAVID WEAVER

Dated: May 2, 2012      By: s/ Julie Owens
                                   Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 2, 2012, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager, (313) 234-5160