UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ARTHUR MEYERS,

                    Plaintiff,

v.
                                                    Civil No. 10-11419

CITY OF WARREN OFFICER NEIDERMEIER,
et al,                                              Hon. Avern Cohn

                    Defendants.

_____/


JUDGMENT OF DISMISSAL


        The Court has reviewed the pleadings and the Report and Recommendation of the

Magistrate Judge, and on this date concurred with and adopted the Report and

Recommendation of the Magistrate Judge.

        Now, therefore, IT IS ADJUDGED that defendants' motion for summary judgment

is GRANTED and the case is DISMISSED.

                            DAVID WEAVER



Dated: May 2, 2012            By: s/ Julie Owens_____
                                 Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, May 2, 2012, by electronic and/or ordinary mail.

                             s/Julie Owens_____
                            Case Manager, (313) 234-5160